The Honorable Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RONALD BANKS, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | NO. CV10-683 JLR/MAT <br> CR08-257 JLR <br><br> [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE ANSWER TO PETITIONER'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE |

Before this Court is a Motion to Continue the date by which the Government must file its response to the Petition Under 28 United States Code, Section 2255. The Court finds, after a consideration of all relevant information and the circumstances of this case that the ends of justice would best be served by the granting of this request for extension of time.

For all the reasons presented in the files and records herein, the Court finds that the Government has until July 21, 2010 to file its response to the petitioner's motion.

IT IS SO ORDERED

DATED this 25th day of June, 2010.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

*s/Catherine Crisham*
CATHERINE CRISHAM
Assistant United States Attorney

ORDER TO EXTEND TIME TO RESPOND
TO SECTION 2255 PETITION— 1
Ronald Banks, Jr.; C10-683 JLR-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970