FILED ___ ENTERED
LODGED ___ RECEIVED

NOV -8 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

10-CV-00683-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| RONALD BANKS, JR., | ) |
| Petitioner, | ) CASE NO.  C10-0683-JLR |
| | ) (CR08-257-JLR) |
| v. | ) |
| | ) ORDER DENYING PETITIONER'S |
| UNITED STATES OF AMERICA, | ) HABEAS PETITION WITH |
| | ) PREJUDICE |
| Respondent. | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability; and

///

///

///

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

01   (4)   The Clerk is directed to send copies of this Order to petitioner, to counsel for

02   respondent, and to Judge Theiler.

03   DATED this ___8th___ day of ___Nov._____, 201_.

                                     _____
                                     JAMES L. ROBART
                                     United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -2